390 A.2d 313

Pine Tree Glen, Inc. v. Conshohocken Federal Savings and Loan Association et al.

Galia, et al. Appeal.

Argued March 29, 1978. James Cunilio, for appellants; Rodger L. Mutzel, for appellees, Conshohocken Federal Savings and Loan Association and Gunning; No appearance entered nor brief submitted for appellee, Salamone.

Order affirmed.